IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THOMAS PAYNE

VS.                                            CIVIL ACTION NO. 1:12cv41-KS-MTP

UNIVERSITY OF SOUTHERN MISSISSIPPI, ET AL

FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came before the Court for trial beginning May 12, 2014. The Plaintiff presented his evidence and rested his case on May 16, 2014. Motions for Directed Verdicts were made on behalf of all Defendants. The Court recessed and considered the motions and applicable law and returned to the courtroom and delivered a bench opinion granting the Motions for Directed Verdicts on behalf of all Defendants:

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the Complaint filed herein by Plaintiff Thomas Payne, be and the same is, hereby, dismissed with prejudice with all costs assessed to Plaintiff. The bench opinion rendered by the undersigned judge when ruling on the directed verdict motions is incorporated herein by reference and made a part of this Judgment for all purposes.

SO ORDERED AND ADJUDGED on this the 20th day of May, 2014.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE