IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THOMAS PAYNE**                                                                                                    **PLAINTIFF**

**V.**                                                       **CIVIL ACTION NO. 1:12-CV-41-KS-MTP**

**THE UNIVERSITY OF SOUTHERN**
**MISSISSIPPI, et al.**                                                                                        **DEFENDANTS**

### ORDER

The Court **grants** Plaintiff's Motion to Stay [234] briefing in response to the Court's order [227] regarding the specific amount of fees to be awarded. After the Court addresses Plaintiff's Motion for Reconsideration [228], the Court will enter a new briefing schedule, if necessary. To be clear, this order stays briefing in response to the Court's order [227] and in response to the USM Defendants' fee application [232].

SO ORDERED AND ADJUDGED this 20th day of April, 2015.

                                         *s/Keith Starrett*
                                         UNITED STATES DISTRICT JUDGE